**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KEVIN C. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | **APPEARANCE** |
| vs. | ) | |
| | ) | CASE NO. 1:10-cv-1517 (RLW) |
| CRANSTON MITCHELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

To the Clerk of this Court and all parties of record:

     Please enter the appearance of Patrick H. Haggerty and Amanda R. Grier as co-counsel in this case for Plaintiff Kevin C. Ford.

                                            Respectfully submitted,

Dated: May 31, 2011                       /s/ Patrick H. Haggerty
                                            Patrick H. Haggerty (D.C. Bar no. 501543)
                                            Amanda R. Grier  (D.C. Bar no. 978573)
                                            1440 New York Avenue, N.W.
                                            Washington, DC 20005
                                            (202) 371-7000

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2011, I caused to be served copies of the Entry of Appearance through this Court's CM/ECF system, which will send notification of such filing electronically to registered counsel.

                                        /s/ Patrick H. Haggerty
                                        Patrick H. Haggerty